## Commonwealth *v.* Flock, Appellant.

Argued November 11, 1968. *Joseph M. Stanichak*, for appellant; *Samuel J. Orr*, Assistant District Attorney, with him *John G. Good, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gasperic, Appellant.

Submitted November 12, 1968. *William W. Scott, Jr.*, and *Thorp, Reed & Armstrong*, for appellant; *Charles B. Watkins* and *Carol Mary Los*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.